The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RAYMOND A. FORSMAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PORT OF SEATTLE, ROSS PERRY, RAY GIOMETTI, DELMAS WHITTAKER, STEPHEN AARON,<br><br>　　　　　　Defendants. | No. 2:19-cv-02050-RSL-MLP<br><br>STIPULATION RE JOINT REQUEST FOR EXTENSION OF RULE 26(A) DISCLOSURES AND JOINT STATUS REPORT |

Plaintiff Raymond Forsman and Defendants PORT OF SEATTLE, ROSS PERRY, RAY GIOMETTI, DELMAS WHITTAKER, STEPHEN AARON, hereby stipulate as follows:

1. On today's date, attorney James McCanna entered a notice of appearance on behalf of Plaintiff Raymond Forsman. Mr. McCanna conferred with defendants' counsel regarding an extension of the case scheduling order deadlines via telephone.

2. The parties jointly request a 45-day extension of the current litigation deadlines to allow plaintiff's attorney to review the file and prepare for Case Schedule requirements.

STIPULATED REQUEST FOR EXTENSION - 1

3. The purpose of this extension request is not to create unnecessary delay because the parties have conferred regarding this matter and are in agreement. In light of the Mr. McCanna's Notice of Appearance, however, the extension of the current litigation deadlines will allow the parties to jointly plan litigation in the most efficient manner possible, with all necessary parties.

Presented by:

James McCanna
McCanna Law, PLLC
P.O. Box 468
Kingston, WA 98346

_/s/_____
James McCanna, WSBA# 22565

        AND

*/s/ Jeremy W. Culumber*
Jeremy W. Culumber, WSBA #35423
Attorneys for Defendants
801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jculumber@kbmlawyers.com

STIPULATED REQUEST FOR EXTENSION - 2

McCanna Law, PLLC
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX: 360-297-4157

## ORDER

This matter, having come on regularly before the Court, and the Court being fully advised, and having examined the records and files herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above Stipulation re INTERVENTION AND JOINT REQUEST FOR EXTENSION OF RULE 26(a) DISCLOSURES AND JOINT STATUS REPORT is confirmed and ENTERED.

The parties will exchange Rule 26(a) initial disclosures forty-five (45) days from the date of March 18, 2020 and file their Joint Status report seven (7) days after exchanging their initial disclosures.

DATED this 16th day of March, 2020,

*/s/ M.J. Peterson*
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED REQUEST FOR EXTENSION - 3

McCanna Law, PLLC
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX: 360-297-4157

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Defendants' counsel*

Jeremy Columber
801 Second Avenue, Suite 1210
Seattle, WA 98104
Email jculumber@kbmlawyers.com:

DATED: March 16, 2020

                                     <u>/s/ James McCanna</u>
                                     James McCanna, WSBA #22565
                                     Attorney for Plaintiff
                                     P.O. Box 468
                                     Kingston, WA 98346
                                     Phone: (360) 297-4057
                                     Fax:    (360) 297-4157
                                     Email: jmccanna@mccannalaw.com