The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RAYMOND A. FORSMAN,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PORT OF SEATTLE, ROSS PERRY, RAY GIOMETTI, DELMAS WHITTAKER, STEPHEN AARON,<br><br>　　　　　　　　　Defendants. | No. 2:19-cv-02050-RSL-MLP<br><br>PLAINTIFF'S, PLAINTIFF'S COUNSEL AND DEFENSE COUNSEL'S STIPULATED MOTION TO REMOVE PLAINTIFF'S COUNSEL AND ALLOW PLAINTIFF TO PROCEED PRO SE<br><br>NOTE ON MOTION CALENDAR:<br><br>SAME DAY PURSUANT TO LCR 7(D)(1) |

MOTION

COMES NOW, Plaintiff Raymond Forsman and James McCanna, Plaintiff''s counsel and Jeremy Culumber, Defendants' counsel who request the court to allow Plaintiff to proceed on his own behalf, pro se, and to terminate James McCanna as his counsel pursuant to Local Rule 83.2(b)(1).

Plaintiff and counsel James McCanna certify that Plaintiff has made this request of James McCanna and that James McCanna agrees.

STIPULATED MOTION TO REMOVE PLAINTIFF'S
COUNSEL - 1

McCanna Law, PLLC
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX: 360-297-4157

Plaintiff filed this lawsuit Pro Se.  Plaintiff's counsel recently entered his appearance.  Plaintiff and his counsel have had sufficient discussions to explore litigation options and disagree as to how to proceed.  This disagreement is insurmountable.

This matter is in the early stages, the Joint Status Report has not yet been filed but is due on May 19, 2020 and there is no discovery cut-off date set at this point.

Plaintiff has authorized James McCanna to enter his signature to this Motion as has Defense counsel, Jeremy Culumber.

Stipulated this 15th day of May, 2020.

/s/ *Raymond Forsman, Plaintiff*

Raymond Forsman
1900 West Nickerson, Suite 116
Seattle, WA 98119
206-565-9175

AND

/s/ James McCanna, WSBA # 22565

McCanna Law, PLLC
P.O. Box 468
Kingston, WA 98346
360-297-4057
360-297-4157

AND

*/s/ Jeremy W. Culumber*
Jeremy W. Culumber, WSBA #35423
Attorneys for Defendants
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: jculumber@kbmlawyers.com

Presented by:

/s/ *James McCanna, WSBA # 22565*

STIPULATED MOTION TO REMOVE PLAINTIFF'S COUNSEL - 2

McCanna Law, PLLC
P.O. Box 468
Kingston, WA 98346

Dated: May 15, 2020.

STIPULATED MOTION TO REMOVE PLAINTIFF'S
COUNSEL - 3

**McCanna Law, PLLC**
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX: 360-297-4157

## **ORDER**

This matter, having come on regularly before the Court, and the Court being fully advised, and having examined the records and files herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulated Motion to allow Plaintiff to proceed Pro Se and to Remove Plaintiff's, James McCanna is granted.

DATED this 15th day of May, 2020,

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION TO REMOVE PLAINTIFF'S
COUNSEL - 4

McCanna Law, PLLC
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX: 360-297-4157

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeremy W. Culumber, WSBA #35423
Attorneys for Defendants
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jculumber@kbmlawyers.com

And, have separately served a copy to Plaintiff, Raymond Forsman at his email below.

Raymond Forsman
1900 West Nickerson, Suite 116
Seattle, WA 98119
206-565-9175
admiral@olypen.com.

DATED:  May 15, 2020

/s/ James McCanna, WSBA # 22565
McCanna Law, PLLC
P.O. Box 468
Kingston, WA 98346

STIPULATED MOTION TO REMOVE PLAINTIFF'S COUNSEL - 5

McCanna Law, PLLC
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX:  360-297-4157