UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND A. FORSMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PORT OF SEATTLE, *et al.*,<br><br>    Defendants. | Case No. C19-2050-RSL-MLP<br><br>ORDER TO SHOW CAUSE |

Plaintiff initiated this matter *pro se* on December 17, 2019. (Dkt. # 1.) The Undersigned ordered the parties to submit a joint status report ("JSR") by March 25, 2020. (Dkt. # 10.) Plaintiff obtained counsel and the Court granted the parties' stipulated motion to extend the JSR deadline. (Dkt. # 14.) Since the issuance of that Order, Plaintiff's counsel withdrew, and the parties failed to submit a JSR by the new deadline. (Dkt. ## 15, 18.) The Undersigned issued a Minute Order directing the parties to file a JSR no later than May 19, 2020. (Dkt. # 16.) To date, the parties have not submitted a JSR.

The parties are directed to show cause by June 5, 2020 why this action should not be dismissed for failing to comply with the Order requiring the submission of a JSR. Absent a timely response to this Order, the Undersigned will recommend this action be dismissed without

ORDER TO SHOW CAUSE - 1

prejudice. The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 26th day of May, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2