UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND A. FORSMAN,

    Plaintiff,

v.

PORT OF SEATTLE, *et al.*,

    Defendants.

Cause No. C19-2050RSL

ORDER

This matter comes before the Court on the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. # 28. Although Mr. Forsman failed to file objections within the time permitted, he submitted a document on November 9, 2020, indicating that he had been fishing and did not know about the objection deadline until after the period had already expired. Dkt. # 29 at 4.

The Clerk of Court is therefore directed to renote the Report and Recommendation for consideration on Friday, December 4, 2020, and to send a copy of this Order to Mr. Forsman at both street addresses and the email address provided on Dkt. # 29 at 1. Mr. Forsman's objections to the Report and Recommendation, if any, are due on or before November 23, 2020. Failure to file objections within the specified time may affect plaintiff's right to appeal. Defendants' reply, if any, is due on or before the note date.

ORDER - 1

1  Dated this 12th day of November, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2