UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND A. FORSMAN, ) | |
| ) | |
| Plaintiff, ) | Case No. C19-2050RSL-MLP |
| ) | |
| v. ) | |
| ) | |
| PORT OF SEATTLE, et al., ) | ORDER OF REFERENCE |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court hereby refers plaintiff's proposed Amended Complaint, which was filed as "Objections to the Report and Recommendation" (Dkt. #31) to United States Magistrate Judge Michelle L. Peterson, to issue an amended Report & Recommendation in light of plaintiff's "amended" filing. Because Magistrate Judge Peterson will issue an amended Report and Recommendation, the Clerk of the Court shall remove the current Objections to the Report and Recommendations (Dkt. #31) from the motions calendar.

DATED this 17th day of December, 2020.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE